**Sunil BASNET, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–71687.

United States Court of Appeals, Ninth Circuit.

Submitted April 10, 2014.*

Filed April 21, 2014.

Nabih H. Ayad, Esquire, Nabih H. Ayad & Associates, P.C., Canton, MI, for Petitioner.

---

*See* Fed. R.App. P. 34(a)(2).

Brooke Maurer, Trial, OIL, Matthew Allan Spurlock, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: KOZINSKI, Chief Judge, and RAWLINSON and BEA, Circuit Judges.

MEMORANDUM **

Sunil Basnet filed an untimely application for asylum and did not satisfy his burden to show extraordinary or changed circumstances. *See* 8 U.S.C. § 1158(a). Basnet also failed to demonstrate eligibility for asylum by establishing persecution on account of a protected ground. *See Garcia–Milian v. Holder*, No. 09–71461, 755 F.3d 1026, 1032–33, 2014 WL 555138, at *4 (9th Cir. Feb. 13, 2014), *as amended.*

Because "[a]n applicant who fails to satisfy the standard of proof for asylum also fails to satisfy the more stringent standard for withholding of removal," Basnet's challenge to the denial of his request for withholding also fails. *Id.* at 1033 n. 4, 2014 WL 555138 at *5 n. 4 (citation omitted).

Because Basnet failed to argue his Convention Against Torture claim in his opening brief, that claim is waived. *See Wagner v. Cnty. of Maricopa*, No. 10–15501, 747 F.3d 1048, 1059, 2013 WL 7219510, at *11 (9th Cir. Dec. 30, 2013), *as amended*, (citation omitted).

**PETITION DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.